The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA BARRETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TIDERIP, LLC d/b/a SKAGIT ARMS, a Washington corporation, and ANTHON STEEN and his marital community, an individual,<br><br>Defendants. | No. 2:19-cv-01850-BJR<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE COMPLAINT |

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO AMEND THE COMPLAINT (Cause No.
2:19-cv-01850-BJR)
Page i

**SHISHIDO TAREN PLLC**
1001 Fourth Avenue, Suite 3200
Seattle, Washington 98154
(206) 684-9320

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Amend the Complaint.

The Court having considered the following:

1. Plaintiff's Unopposed Motion to Amend the Complaint; and
2. Declaration of Robin J. Shishido in Support of Plaintiff's Unopposed Motion to Amend the Complaint and the exhibits attached thereto.

The Court has considered the briefs and reviewed the pleadings and records on file.

**THE COURT HEREBY ORDERS:**

1. Plaintiff's Unopposed Motion to Amend the Complaint is GRANTED;
2. Plaintiff must file the Amended Complaint within five days of this Order.

DATED this 11th day of March, 2020

*[signature]*
THE HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

PRESENTED BY:

SHISHIDO TAREN PLLC

By: s/ Robin J. Shishido
Robin J. Shishido, WSBA No. 45926
Jordan A. Taren, WSBA No. 50066
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Telephone: (206) 343-2700
Email: rshishido@shishidotaren.com
       jtaren@shishidotaren.com
Attorneys for Plaintiff

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE COMPLAINT (Cause No. 2:19-cv-01850-BJR)
Page 1

**SHISHIDO TAREN PLLC**
1001 Fourth Avenue, Suite 3200
Seattle, Washington 98154
(206) 684-9320