HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA BARRETT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TIDERIP, LLC d/b/a SKAGIT ARMS, a Washington corporation, and ANTHON STEEN and his marital community, an individual,<br><br>　　　　　　Defendants. | No. 2:19-cv-01850 BJR<br><br>**JOINT STIPULATION AND ORDER TO TAKE CERTAIN DEPOSITIONS AFTER THE CLOSE OF DISCOVERY** |

　　　　Pursuant to Federal Rule of Civil Procedure 29, it is hereby stipulated and agreed to by and between Plaintiff Jessica Barrett and Defendants Tiderip, LLC (d/b/a Skagit Arms) and Anthon Steen (collectively, "the Parties"), as follows:

　　　　1.　　On November 14, 2019, Plaintiff filed her Complaint for Damages in the United States District Court for the Western District of Washington at Seattle.

　　　　2.　　On February 25, 2020, the Court entered an order setting trial dates and related dates. Pursuant to the Court's order, the discovery cutoff date was set for September 2, 2020.

JOINT STIPULATION AND ORDEER TO TAKE CERTAIN
DEPOSITIONS AFTER THE CLOSE OF DISCOVERY (2:19-
cv-01850 BJR) - 1

108240350.1 0071579-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

3.      On August 20, 2020, the Court entered an order granting the parties' joint stipulation to extend the discovery cutoff and dispositive motions deadline so that the parties could engage in mediation. Accordingly, the discovery cutoff for this matter was set for October 14, 2020.

4.      The parties have continued to engage in discovery, including the production of documents and third-party discovery. The parties have noticed the taking of approximately five depositions between them. In order to limit the time and resources exhausted in litigating this matter, the parties agreed to delay taking depositions pending mediation.

5.      The parties have made good faith efforts to schedule a prompt mediation. Despite the parties' diligence, delays have occurred. The parties have conferred and intend to engage in mediation on or about November 10, 2020.

6.      In the event mediation is unsuccessful, the parties intend to take each of the noticed depositions during the week of November 16, 2020.

7.      The parties request that the court allow the depositions to be taken after the close of discovery. Permitting these depositions after October 14, 2020, will not affect any of the remaining dates from the Court's August 20, 2020 order.

For the above-stated reasons, the Parties hereby stipulate and agree, subject to Court approval, to permit the taking of depositions after the close of discovery as described above.

JOINT STIPULATION AND ORDER TO TAKE CERTAIN DEPOSITIONS AFTER THE CLOSE OF DISCOVERY (2:19-cv-01850 BJR) - 2

108240350.1 0071579-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1   IT IS SO STIPULATED this 2nd day of October 2020.

2

3
          *s/ Robin Shishido*
4
          Robin J. Shishido, WSBA No. 45926
          Jordan A. Taren, WSBA No. 50066
5
          Shishido Taren PLLC
          1001 Fourth Avenue, Suite 3200
6
          Seattle, WA 98104
          Telephone: (206) 684-9320
7
          Email: rshishido@shishidotaren.com
8           jtaren@shishidotaren.com

9
          *Attorneys for Plaintiff*
10

11
          *s/ Rachel Herrington*
12
          Timothy J. O'Connell, WSBA No. 15372
          Rachel Herrington, WSBA No. 53255
13
          600 University Street, Suite 3600
          Seattle, WA 98101
14
          Telephone: (206) 624-0900
          Facsimile: (206) 386-7500
15
          Email: tim.oconnell@stoel.com
16           rachel.herrington@stoel.com

17
          *Attorneys for Tiderip LLC*
          *And Anthon Steen*
18

19

20
   PURSUANT TO STIPULATION, IT IS SO ORDERED
21
   Dated this 5th day of October, 2020
22

23           *[signature: Barbara J. Rothstein]*

24           THE HONORABLE BARBARA ROTHSTEIN
          U.S. District Court Judge
25

26

JOINT STIPULATION AND ORDER TO TAKE CERTAIN
DEPOSITIONS AFTER THE CLOSE OF DISCOVERY (2:19-
cv-01850 BJR) - 3

108240350.1 0071579-00001