**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA BARRETT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIDERIP, LLC d/b/a SKAGIT ARMS, a Washington corporation, and ANTHON STEEN and his marital community, an individual,<br><br>　　　　　　　Defendants. | No. 2:19-cv-01850-BJR<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff Jessica Barrett and Defendants Tiderip LLC d/b/a Skagit Arms and Anthon Steen, by and through their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Proposed Stipulated Order for Dismissal with Prejudice. The parties having entered into a settlement agreement resolving the claims at issue and stipulate to the dismissal of all claims with prejudice, without award of attorney's fees to either party.

**IT IS SO ORDERED**

1. The Stipulated Motion (Dkt. No. 32) is GRANTED
2. All claims are dismissed with prejudice.

DATED this 4th day of February, 2021.

                                                      s/Barbara Jacobs Rothstein
                                                      Barbara Jacobs Rothstein
                                                      U.S. District Court Judge

Respectfully submitted this 3rd day of February, 2021:

| | |
|---|---|
| By:    *s/ Robin J. Shishido* | By:  s/Rachel Herrington |
| Robin J. Shishido, WSBA No. 45926 | Timothy O'Connell, WSBA No. 15372 |
| Jordan A. Taren, WSBA No. 50066 | Rachel Herrington, WSBA No. 53255 |
| Shishido Taren PLLC | 600 University Street, Suite 3600 |
| 705 Second Avenue, Suite 1500 | Seattle, WA 98101 |
| Seattle, WA 98104 | Telephone: (206) 624-0900 |
| Telephone: (206) 486-2069 | Email: tim.oconnell@stoel.com |
| Email: rshishido@shishidotaren.com | rachel.herrington@stoel.com |
|           jtaren@shishidotaren.com | |
| | Attorneys for Defendants |
| Attorneys for Plaintiff | |